David A. Yudelson (SBN 325316)
dyudelson@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: 310.909.7775

Attorneys for Defendant
WALMART INC.

Ted Mathews, Esq. (SBN 55889)
ted@mathewslawgroup.com
**MATHEWS LAW FIRM**
45 E. Huntington Drive, Suite 45C
Arcadia, CA 91106
Telephone: 626.683.8291

Attorneys for Plaintiff
RUTHIE MARTIN

*[additional counsel on following page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHIE MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART, INC.; TINA SIMS, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-07281-JLS-E<br>The Hon. Josephine L. Staton<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Date: July 11, 2023<br>Removal Date: September 1, 2023 |

CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP

1  Jake D. Finkel, Esq. (SBN 293954)
   jake@finkelfirm.com
2  Eugene Feldman, Esq. (SBN 118497)
   gene@finkelfirm.com
3  **LAW OFFICES OF JAKE D. FINKEL, APC**
4  3470 Wilshire Blvd., Suite 830
   Los Angeles, CA 90010
5  Telephone:  213.787.7411

6  
   Attorneys for Plaintiff
7  RUTHIE MARTIN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Constangy, Brooks,
Smith & Prophete, LLP

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Ruthie Martin ("Plaintiff") and Defendant Walmart Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel of record, in the above-captioned action, have reached a tentative settlement, which will resolve the above-captioned action in its entirety and the related action of *Ruthie Martin v. Walmart, Inc.*, C.D. Case No. 2:22-cv-01832-JLS-E.

Accordingly, the Parties respectfully request that the Court vacate all dates and deadlines currently on calendar in this matter while the Parties prepare the final settlement and dismissal papers.

Respectfully submitted,

Dated: January 8, 2024

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

By: _____
David A. Yudelson

Attorneys for Defendant, WALMART INC.

Dated: January __, 2024

MATHEWS LAW FIRM

By: _____
Ted Mathews

Attorneys for Plaintiff, RUTHIE MARTIN

Dated: January 8, 2024

LAW OFFICES OF JAKE D. FINKEL, APC

By: _____
Jake D. Finkel
Eugene Feldman

Attorneys for Plaintiff, RUTHIE MARTIN